ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
        Social Security Administration
        Program Litigation 1
        Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (510) 970-4818
        Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WIEDENHOEFT,<br><br>                    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | No. 2:25-cv-03023-SCR<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

The parties agree that upon remand, the Commissioner shall issue a partially favorable decision finding the Plaintiff disabled beginning November 18, 2018, based on the Title XVI application filed on April 4, 2022.  The Commissioner will not disturb the unfavorable decision with respect to the Title II claim filed on March 21, 2022 and Plaintiff withdraws with prejudice its challenge to the unfavorable decision with respect to the Title II claim. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand

Respectfully submitted this 9th day of March, 2026.

ERIC GRANT
United States Attorney

By:   *s/ Oscar Gonzalez de Llano*
      OSCAR GONZALEZ DE LLANO
      Special Assistant United States Attorney
      Attorneys for Defendant


      Law Offices of Lawrence D. Rohlfing

By:   *s/ Matthew Franklin Holmberg*
      Matthew Franklin Holmberg
      Law Offices of Lawrence D. Rohlfing
      (*as authorized by email)
      Attorney for Plaintiff


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  March 10, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand