UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WIEDENHOEFT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:25–cv–03023–SCR<br><br>ORDER |

Pending before the court is the parties' Stipulation (ECF No. 16) for an award of fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The parties previously entered into a stipulation for voluntary remand (ECF No. 13) and Judgment was entered on March 11, 2026.  The Court has considered the stipulation, and IT IS HEREBY ORDERED that: Jack Wiedenhoeft is awarded attorney fees and expenses in the amount of five thousand and one hundred dollars ($5,100.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920 & 2412, pursuant to the terms of the stipulation.

IT IS SO ORDERED.

DATED: May 5, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1